### McCORMICK v. SHERIDAN.

### No. 11,339; December 10, 1888.

20 Pac. 26.

On proceedings against C. H. Parker for contempt.

For opinion in the matter of the contempt of Waterman, see ante, p. 35.

PER CURIAM.—It appearing to this court, from the statements of the respondents in open court, that C. H. Parker had nothing to do with the preparation of the petition for a rehearing herein, and that he is in nowise to blame for anything contained therein, it is ordered that the order heretofore made herein, citing respondent to show cause why he should not be punished for contempt is, as to said C. H. Parker, discharged.